**Opinion filed October 7, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00229-CV
_____

## DEVORAH AIKMAN, Appellant
## V.
## CITY OF STEPHENVILLE, Appellee

**On Appeal from the Justice Court, Precinct 1**
**Erath County, Texas**
**Trial Court Cause No. 07162010**

### M E M O R A N D U M   O P I N I O N

Devorah Aikman filed a pro se appeal challenging the justice court's order to sell or dispose of two stud horses that had been cruelly treated. We dismiss the appeal pursuant to TEX. R. APP. P. 42.3.

Upon receiving the notice of appeal, the clerk of this court wrote the parties advising them that it appeared that this court had no jurisdiction in this matter; directing Aikman to respond by September 16, 2010, and show grounds for continuing her appeal; and informing Aikman that appropriate action could be taken pursuant to TEX. R. APP. P. 42 absent a timely response. Aikman has not responded to our September 1, 2010 letter.

Accordingly, the appeal is dismissed.

October 7, 2010                                        PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.